# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 16-03054-CR-SW-MDH** |
| | ) | |
| **LARRY L. SANDERS, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is Defendant Larry L. Sanders' Motion for Suppression of Evidence (Doc. 42), Defendant Sander's Second Motion for Suppression of Evidence (Doc. 47), Defendant Denia Richardson's Motion to Suppress Evidence (Doc. 55), the Government's Suggestions in opposition to the Motions to Suppress (Docs. 45, 51, and 56), the Report and Recommendation of United States Magistrate Judge (Doc. 66), and the Government's Objections to the Report and Recommendation of United States Magistrate Judge (Doc. 70).  The Court also has reviewed the electronic transcript from the June 21, 2017, hearing before the United States Magistrate Judge on the motions to suppress.  (Doc. 65).

After a careful and independent review of the parties' submissions, the Report and Recommendation, and the government's objections to the same, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 66) in full.  Accordingly, the Court **GRANTS** Defendants' Motions to Suppress, (Docs. 42, 47, and 55), and the following evidence is hereby ordered suppressed: the clear plastic baggie, the money from Sanders's pocket, the glass pipe and scales, and the evidence discovered as part of the

search of the vehicle, including the methamphetamine, and any other evidence or statements derived from the discovery of the baggie.

**IT IS SO ORDERED.**

DATED:        January 25, 2018

> */s/ Douglas Harpool*
> **DOUGLAS HARPOOL**
> **UNITED STATES DISTRICT JUDGE**